1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  SAN DIEGO DIVISION

11

| | |
|---|---|
| 12  WEIN- UND SEKTKELLEREI JAKOB GERHARDT NIERSTEINER<br>13  SCHLOSSKELLEREIEN GmbH & Co. KG, a German limited liability company and<br>14  MAX DIETER ALTMANN, an individual,<br>15             Plaintiffs,<br>16       v.<br>17  FONDA HOPKINS, an individual, and FRANK KRYGER, an individual,<br>18             Defendants.<br>19 | Case No.  3:07-cv-00673-BTM-WMC<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE THE HEARING DATE OF DEFENDANTS' MOTION TO REQUIRE PLAINTIFFS TO POST SECURITY** |

20
21

22    The ex parte application of Plaintiffs Wein-und Sektkellerei Jakob Gerhardt Niersteiner

23  Schlosskellereien GmbH & Co. KG and Max Dieter Altmann ("Jakob Gerhardt") for an order to

24  continue the hearing date of Defendants Fonda Hopkins and Frank Kryger's ("Defendants'")

25  motion to require Plaintiffs to post security, and Defendants' opposition thereto, were submitted

26  and fully considered by the Court.

27    The extension of time requested by Plaintiffs is reasonable given trial commitments of

28  lead counsel and the need to obtain declarations from foreign witnesses.  The Court is not

1 convinced that Defendants will be prejudiced by the short extension of time.

2      Therefore, Jakob Gerhardt's motion to continue is hereby **GRANTED,** and the new
3 hearing date on Defendants' motion to require Jakob Gerhardt to post security is **November 21,**
4 **2007 at 11:00 a.m.**    Unless otherwise directed by the Court, there shall be no oral argument,
5 and no personal appearances are necessary.

6      **IT IS SO ORDERED.**

7

8 Dated: September 18, 2007

                                              Hon. Barry Ted Moskowitz
9                                               United States District Judge